```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――――
LARRY MAGARIK, ET AL.,

                  Plaintiffs,        19-cv-11211 (JGK)

        - against -                  ORDER

COMPREHENSIVE CONSULTING GROUP, ET
AL.,

                  Defendants.
―――――――――――――――――――――――――――――――
```

**JOHN G. KOELTL, District Judge:**

The case is stayed. The parties shall file a status report by **June 22, 2020.** If the Court needs to set up another teleconference, the Court will do so after receiving the status report on **June 22, 2020.**

**SO ORDERED.**

**Dated:    New York, New York**
           **May 11, 2020**            ___/s/ John G. Koeltl_____
                                            **John G. Koeltl**
                               **United States District Judge**