```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――――――
**LARRY MAGARIK, ET AL.,**

              Plaintiffs,          19-cv-11211 (JGK)

    - against -                    <u>ORDER</u>

**COMPREHENSIVE CONSULTING GROUP, ET AL.,**

              Defendants.
―――――――――――――――――――――――――――――――――
**JOHN G. KOELTL, District Judge:**

    The parties should report to the Court on the status of the case by **July 10, 2020.**

**SO ORDERED.**

**Dated:**    **New York, New York**
            **July 1, 2020**                      _____/s/ John G. Koeltl_____
                                                        **John G. Koeltl**
                                         **United States District Judge**