**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
────────────────────────────────────────

**LARRY MAGARIK, ET AL.,**

                    **Plaintiffs,**              **19-cv-11211 (JGK)**

         **- against -**                        **ORDER**

**COMPREHENSIVE CONSULTING GROUP, ET**
**AL.,**

                    **Defendants.**
────────────────────────────────────────

**JOHN G. KOELTL, District Judge:**


    All claims and counterclaims now having been dismissed, the

Clerk is directed to close this case.


**SO ORDERED.**

**Dated:     New York, New York**
            **August 20, 2020**

                         _____
                              **/s/ John G. Koeltl**
                              **John G. Koeltl**
                         **United States District Judge**